# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

143724

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re Estate of CONNIE MAE VICKERSON,
Deceased
_____

CHARLES VICKERSON, BETTIE
VICKERSON, SHEILA RENTIE, and
MEDDIE JOHNSON,
      Petitioners-Appellees,

v

CONNIE V. COUNCIL,
      Respondent-Appellee,
and

DEBRA LINEAR,
      Respondent-Appellant.

SC: 143724
COA: 294178
Wayne Probate Ct: 2005-694545-DA

_____/

      On order of the Court, the application for leave to appeal the August 9, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

t1219